**O'MARA v. WAKE FOREST UNIV. HEALTH SCIENCES**

[362 N.C. 468 (2008)]

| | | |
|---|---|---|
| JOSEPH O'MARA, A MINOR, BY | ) | |
| AND THROUGH HIS GUARDIAN AD | ) | |
| LITEM, LARRY REAVIS; AND | ) | |
| JANELLA O'MARA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WAKE FOREST UNIVERSITY HEALTH | ) | |
| SCIENCES; NORTH CAROLINA | ) | |
| BAPTIST HOSPITAL; FORSYTH | ) | |
| MEMORIAL HOSPITAL, INC.; | ) | |
| AND NOVANT HEALTH, INC. | ) | |

No. 414PA07

Having reviewed the briefs and heard oral arguments on plaintiffs' appeal on 6 May 2008, the Court *ex mero motu* modifies its previous order, dated 6 December 2007, by further allowing plaintiffs' petition for discretionary review for the limited purpose of ordering briefing on the questions of (i) whether the trial court erred by allowing defendants' motion to disqualify plaintiffs' expert witness based upon deposition testimony in response to defendants' questions alone without giving plaintiffs the opportunity to voir dire the witness or submit evidence in opposition to the motion and (ii) if the trial court did err, whether this error was prejudicial to plaintiffs.

Plaintiffs shall have thirty (30) days from the date of this order to file and serve their brief, and defendants shall have thirty (30) days from the service of plaintiffs' brief to file and serve their brief.

The Court will render its decision without further oral argument.

By order of the Court in conference, this the 9th day of May, 2008.

Hudson, J.
For the Court

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Austin v. Bald II, L.L.C.<br><br>Case below:<br>189 N.C. App. 338 | No. 179P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-1152) | Denied 08/26/08 |
| Blaylock Grading Co., LLP v. Smith<br><br>Case below:<br>189 N.C. App. 508 | No. 208P08 | Plt's PDR Under N.C.G.S. § 7A-31 (COA07-615) | Denied 08/26/08 |
| Burnette v. City of Goldsboro<br><br>Case below:<br>188 N.C. App. 164 | No. 073P08 | Petitioners' PDR Under N.C.G.S. § 7A-31 (COA06-1672) | Denied 08/26/08 |
| Burrell v. Sparkkles Reconstruction Co.<br><br>Case below:<br>189 N.C. App. 104 | No. 159P08 | Plt's PDR Under N.C.G.S. § 7A-31 (COA07-494) | Denied 08/26/08 |
| Cameron v. Bissette<br><br>Case below:<br>190 N.C. App. ——<br>(20 May 2008) | No. 301P08 | Plts' PDR Under N.C.G.S. § 7A-31 (COA07-408) | Denied 08/26/08 |
| Carolina First Bank v. Stark, Inc.<br><br>Case below:<br>190 N.C. App. ——<br>(20 May 2008) | No. 369P08 | Defs' Motion for Temporary Stay (COA07-833) | Allowed 08/12/08 |
| Christopher v. N.C. State Univ.<br><br>Case below:<br>190 N.C. App. ——<br>(20 May 2008) | No. 246P08 | 1. Plt's NOA Based Upon a Constitutional Question (COA07-1516)<br><br>2. Def's Motion to Dismiss Appeal<br><br>3. Plt's PDR Under N.C.G.S. § 7A-31<br><br>4. Plt's Petition for Writ of Supersedeas<br><br>5. Plt's Motion for Temporary Stay<br><br>6. Plt's Motion to Expedite Appeal | 1. ——<br><br>2. Allowed 08/26/08<br><br>3. Denied 08/26/08<br><br>4. Denied 08/26/08<br><br>5. Denied 08/26/08<br><br>6. Denied 08/26/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| Crutchfield v. Carolina Football Enters., Inc.<br><br>Case below:<br>189 N.C. App. 530 | No. 223P08 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA07-748)<br><br>2. Def's (Traveler's) Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 08/26/08<br><br>2. Dismissed as Moot 08/26<br><br>**Hudson, J., Recused** |
|---|---|---|---|
| Curl v. American Multimedia, Inc.<br><br>Case below:<br>187 N.C. App. 649 | No. 021P08 | 1. Plts' (Curl and Boger) PDR Under N.C.G.S. § 7A-31 (COA07-444)<br><br>2. Plts' Motion to Withdraw PDR | 1. ——<br><br>2. Allowed 08/26/08 |
| Davidson Cty. Broadcasting, Inc. v. Rowan Cty. Bd. of Comm'rs<br><br>Case below:<br>186 N.C. App. 81 | No. 517P07 | Petitioners' (Broadcasting, et al.) PDR Under N.C.G.S. § 7A-31 (COA06-1444) | Denied 08/26/08 |
| Edmunson v. Lawrence<br><br>Case below:<br>187 N.C. App. 799 | No. 026P08 | 1. Plts' NOA Based Upon a Constitutional Question Under N.C.G.S. § 7A-30(1) (COA07-694)<br><br>2. Defs' Motion to Dismiss Appeal<br><br>3. Plts' PDR Under N.C.G.S. § 7A-31<br><br>4. Plts' PDR (Prior to Determination) (COA08-83) | 1. ——<br><br>2. Allowed 08/26/08<br><br>3. Denied 08/26/08<br><br>4. Denied 08/26/08 |
| Fulmore v. Howell<br><br>Case below:<br>189 N.C. App. 93 | No. 526P07-2 | Defs' (Howell & PFS Distribution) PDR Under N.C.G.S. § 7A-31 (COA07-984) | Denied 08/26/08 |
| Good Hope Health Sys. v. Town of Lillington<br><br>Case below:<br>188 N.C. App. 68 | No. 248P07-2 | 1. Petitioner and Petitioner-Intervenors' (Good Hope & Town of Lillington) PDR Under N.C.G.S. § 7A-31 (COA07-551)<br><br>2. Petitioner & Petitioner-Intervenors' Motion to Consider Supplemental Response<br><br>3. Respondents' (NCDHHS, Harnett Health, et al.) Motion to Strike Response | 1. Denied 08/26/08<br><br>2. ——<br><br>3. Allowed 08/26/08 |
| Horry v. Woodbury<br><br>Case below:<br>189 N.C. App. 669 | No. 198A08 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA07-477)<br><br>2. Plt's NOA (Dissent) | 1. Denied 08/26/08<br><br>2. —— |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| In re C.M.W.<br><br>Case below:<br>190 N.C. App. 205 | No. 239P08 | 1. State's Motion for Temporary Stay (COA07-1315) | 1. Allowed<br>05/27/08<br>362 N.C. 357<br>Stay Dissolved<br>08/26/08 |
| | | 2. State's Petition for Writ of Supersedeas | 2. Denied<br>08/26/08 |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied<br>08/26/08 |
| In re Estate of Dunn<br><br>Case below:<br>187 N.C. App. 509 | No. 010P08 | Propounder's (Sandra Herring) PDR Under N.C.G.S. § 7A-31 (COA07-191) | Denied<br>08/26/08 |
| In re Estate of Mills<br><br>Case below:<br>187 N.C. App. 305 | No. 572P07 | 1. Appellant's (Jerry S. Mills) NOA (COA07-334) | 1. —— |
| | | 2. Appellees' (Green & Tomberlin) Motion to Dismiss Appeal | 2. Allowed<br>08/26/08 |
| | | 3. Appellant's (Jerry S. Mills) PDR Under N.C.G.S. § 7A-31 | 3. Denied<br>08/26/08 |
| | | 4. Appellees' (Green & Tomberlin) Motion to Impose Sanctions in the Form of Reasonable Attorney's Fees | 4. Denied<br>08/26/08 |
| | | 5. Appellees' (Green & Tomberlin) Motion to Remand the Case to the Trial Division for Determination of Attorney's Fees | 5. Denied<br>08/26/08 |
| In re J.T. (I), J.T. (II), & A.J.<br><br>Case below:<br>189 N.C. App. 206 | No. 155P08 | 1. Petitioners' (Cumberland Co. DSS and GAL) Motion for Temporary Stay (COA07-1372) | 1. Allowed<br>04/10/08<br>362 N.C. 358 |
| | | 2. Petitioners' (Cumberland Co. DSS and GAL) Petition for Writ of Supersedeas | 2. Allowed<br>08/26/08 |
| | | 3. Petitioners' (Cumberland Co. DSS and GAL) PDR Under N.C.G.S. § 7A-31 | 3. Allowed<br>08/26/08 |
| | | 4. Respondent's (Father) Motion to Dismiss PDR | 4. Dismissed as Moot<br>08/26/08 |
| In re K.H.<br><br>Case below:<br>189 N.C. App. 403 | No. 186P08 | 1. Petitioners' (Cumberland Co. DSS & GAL) Motion for Temporary Stay (COA07-1277) | 1. Denied<br>04/23/08<br>362 N.C. 358 |
| | | 2. Petitioners' (Cumberland Co. DSS & GAL) Petition for Writ of Supersedeas | 2. Denied<br>08/26/08 |
| | | 3. Petitioners' (Cumberland Co. DSS & GAL) PDR Under N.C.G.S. § 7A-31 | 3. Denied<br>08/26/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| In re K.T.L.<br><br>Case below:<br>177 N.C. App. 365 | No. 293P06 | Appellant's (Juvenile) PDR Under N.C.G.S. § 7A-31 (COA05-667) | Denied<br>01/25/07 |
| In re M.G., M.B., K.R., J.R.<br><br>Case below:<br>187 N.C. App. 536 | No. 036P08 | 1.  Petitioner's PDR Under N.C.G.S. § 7A-31 (COA07-643)<br><br>2.  Respondent's (Father) Motion to Dismiss Petition for Discretionary Review<br><br>3.  Petitioner's Motion to Deem Petition Timely Filed<br><br>4.  Petitioner's Alternative PWC to Review Decision of COA<br><br>5.  Petitioner's PWC to Review Decision of COA | 1. Allowed<br>08/26/08<br><br>2. Denied<br>08/26/08<br><br>3. Allowed<br><br>4. Dismissed as Moot<br>08/26/08<br><br>5. Dismissed as Moot<br>08/26/08 |
| In re P.R., H.R.<br><br>Case below:<br>189 N.C. App. 530 | No. 178P08 | Respondent's (Mother) PDR Under N.C.G.S. § 7A-31 (COA07-1432) | Denied<br>08/26/08 |
| Jones v. Robbins<br><br>Case below:<br>190 N.C. App. ——<br>(6 May 2008) | No. 267P08 | Respondent's (Corbett Industries) PDR Under N.C.G.S. § 7A-31 (COA07-375 & 07-488) | Denied<br>08/26/08 |
| Klinger v. SCI N.C. Funeral Servs., Inc.<br><br>Case below:<br>189 N.C. App. 404 | No. 187P08 | Plt's PDR Under N.C.G.S. § 7A-30 (COA07-620) | Denied<br>08/26/08 |
| Majors v. Majors<br><br>Case below:<br>189 N.C. App. 210 | No. 156P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-392) | Denied<br>08/26/08 |
| Marriott v. Chatham Cty.<br><br>Case below:<br>187 N.C. App. 491 | No. 057P08 | Plts' PDR Under N.C.G.S. § 7A-31 (COA07-326) | Denied<br>08/26/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Midsouth Golf, LLC v. Fairfield Harbourside Condo. Ass'n<br><br>Case below:<br>187 N.C. App. 22 | No. 589P07 | 1. Plt's Motion for Temporary Stay (COA07-64) | 1. Allowed 12/20/07 362 N.C. 177 Stay Dissolved 08/26/08 |
| | | 2. Plt's PDR Under N.C.G.S. § 7A-31 | 2. Denied 08/26/08 |
| | | 3. Plt's Alternative PWC to Review Decision of COA | 3. Dismissed as Moot 08/26/08 |
| | | 4. Plt's Petition for Writ of Supersedeas | 4. Denied 08/26/08 |
| Miles v. Koon<br><br>Case below:<br>190 N.C. App. 206 | No. 287P08 | Plt's PDR Under N.C.G.S. § 7A-31 (COA07-1181) | Denied 08/26/08 |
| Mosteller Mansion, LLC v. Mactec Eng'g & Consulting of Georgia, Inc.<br><br>Case below:<br>190 N.C. App. ——<br>(20 May 2008) | No. 297P08 | Plt's (Mosteller Mansion) PDR Under N.C.G.S. § 7A-31 (COA07-664) | Denied 08/26/08 |
| Norman v. N.C. Dep't of Transp.<br><br>Case below:<br>190 N.C. App. 206 | No. 052P04-3 | Plt's PDR Under N.C.G.S. § 7A-31 (COA07-894) | Denied 08/26/08 |
| Pace v. Wake Forest Baptist Church<br><br>Case below:<br>189 N.C. App. 531 | No. 240P08 | Plt's PDR Under N.C.G.S. § 7A-31 (COA07-755) | Denied 08/26/08 |
| Pickett v. Roberson<br><br>Case below:<br>186 N.C. App. 132 | No. 521P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-1313) | Denied 08/26/08 |
| Pulte Home Corp. v. American S. Ins. Co.<br><br>Case below:<br>185 N.C. App. 162 | No. 511P07 | 1. Def's (Ins. Co.) PDR Under N.C.G.S. § 7A-31 (COA06-747) | 1. Denied 08/26/08 |
| | | 2. Def's (Ins. Co.) Motions for Admission of Counsel Pro Hac Vice | 2. Allowed 08/26/08 |
| PVC, Inc. v. McKim and Creed, PA<br><br>Case below:<br>188 N.C. App. 632 | No. 142P08 | Third-Party Plt's (S&ME) PDR Under N.C.G.S. § 7A-31 (COA07-311) | Denied 08/26/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Randell ex rel. Forest v. Beacham<br><br>Case below:<br>188 N.C. App. 632 | No. 108P08 | 1. Unnamed Def's PDR Under N.C.G.S. § 7A-31 (COA07-348)<br><br>2. Plts' Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 08/26/08<br><br>2. Dismissed as Moot 08/26/08 |
| Riverpointe Homeowners Ass'n v. Mallory<br><br>Case below:<br>188 N.C. App. 837 | No. 130A08 | Def's NOA Based Upon a Constitutional Question (COA07-127) | Retained 08/26/08 |
| Rowlette v. State<br><br>Case below:<br>188 N.C. App. 712 | No. 131P08 | 1. Plt's NOA Based Upon a Constitutional Question (COA06-1036)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Plt's Alternative PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 08/26/08<br><br>3. Denied 08/26/08 |
| Saft America, Inc. v. Plainview Batteries, Inc.<br><br>Case below:<br>189 N.C. App. 579 | No. 204A08 | 1. Plt's NOA (Dissent) (COA07-823)<br><br>2. Def's (Energex Batteries) PDR as to Additional Issues | 1. ——<br><br>2. Allowed 08/26/08<br><br>**Timmons-Goodson, J., Recused** |
| Sandoval v. Pillowtex Corp.<br><br>Case below:<br>187 N.C. App. 305 | No. 610P07 | Plt's PDR Under N.C.G.S. § 7A-31 (COA07-474) | Denied 08/26/08 |
| Scott v. Ross<br><br>Case below:<br>188 N.C. App. 847 | No. 177P08 | Defs' PDR Under N.C.G.S. § 7A-31 (COA07-104) | Denied 08/26/08 |
| Seagle v. Herring<br><br>Case below:<br>190 N.C. App. 206 | No. 273P08 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA07-655)<br><br>2. Motion Filed by Linda H. Seagle to Substitute Party Plt | 1. Denied 08/26/08<br><br>2. Allowed 08/26/08 |
| Shuford v. Regal Mfg. Co./Worldtex, Inc.<br><br>Case below:<br>188 N.C. App. 633 | No. 100P08 | Defs' (Regal Mfg./Worldtex and Crum & Foster) PDR Under N.C.G.S. § 7A-31 (COA07-772) | Denied 08/26/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Skeen v. Warren & Sweat Mfg., Inc.<br><br>Case below:<br>189 N.C. App. 210 | No. 149P08 | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA06-999)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 08/26/08<br><br>2. Dismissed as Moot 08/26/08 |
| St. John Christian Holiness Church of God v. Hines<br><br>Case below:<br>189 N.C. App. 404 | No. 139P08 | 1. Defs' (Hines & Ellis-Smith) NOA Based Upon a Constitutional Question (COA07-820)<br><br>2. Defs'(Hines & Ellis-Smith) PDR Under N.C.G.S. § 7A-31<br><br>3. Defs' (Hines & Ellis-Smith) Petition for Mandatory Review Under N.C.G.S. § 7A-30 | 1. Dismissed *Ex Mero Motu* 08/26/08<br><br>2. Denied 08/26/08<br><br>3. Dismissed *Ex Mero Motu* 08/26/08 |
| State v. Applewhite<br><br>Case below:<br>190 N.C. App. 132 | No. 226P08 | Def's Motion for "Notice of Appeal" (COA07-1399) | Denied 08/26/08 |
| State v. Baskin<br><br>Case below:<br>190 N.C. App. 102 | No. 249P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-832) | Denied 08/26/08 |
| State v. Bernard<br><br>Case below:<br>190 N.C. App. 206 | No. 282P08 | Def-Appellant's PDR (COA07-1289) | Denied 08/26/08 |
| State v. Bowman<br><br>Case below:<br>188 N.C. App. 635 | No. 105P08 | 1. State's Motion for Temporary Stay (COA06-1146)<br><br><br>2. State's Petition for Writ of Supersedeas<br><br>3. State's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Allowed 03/11/08 362 N.C. 363 Stay Dissolved 08/26/08<br><br>2. Denied 08/26/08<br><br>3. Denied 08/26/08<br><br>4. Dismissed as Moot 08/26/08 |
| State v. Bryson<br><br>Case below:<br>190 N.C. App. 206 | No. 248P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-1230) | Denied 08/26/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Calhoun<br><br>Case below:<br>189 N.C. App. 166 | No. 151P08 | 1. Def's NOA Based Upon a Constitutional Question (COA07-580)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>08/26/08<br><br>3. Denied<br>08/26/08 |
| State v. Caudill<br><br>Case below:<br>188 N.C. App. 166 | No. 071P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-96) | Denied<br>08/26/08 |
| State v. Coltrane<br><br>Case below:<br>188 N.C. App. 498 | No. 099P08 | 1. Def's NOA Based Upon a Constitutional Question (COA07-486)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. Def's Motion to Continue or Hold Petition in Abeyance Pending Resolution of Issues by the Supreme Court of NC | 1. Dismissed<br>*Ex Mero Motu*<br>08/26/08<br><br>2. Denied<br>08/26/08<br><br>3. Denied<br>08/26/08 |
| State v. Cook<br><br>Case below:<br>190 N.C. App. ——<br>(20 May 2008) | No. 254P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-1096) | Denied<br>08/26/08 |
| State v. Cooper<br><br>Case below:<br>186 N.C. App. 100 | No. 490P07 | 1. AG's Motion for Temporary Stay<br>(COA06-1356)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>10/08/07<br>361 N.C. 698<br>Stay Dissolved<br>08/26/08<br><br>2. Denied<br>08/26/08<br><br>3. Denied<br>08/26/08 |
| State v. Cotton<br><br>Case below:<br>Moore County<br>Superior Court | No. 344P08 | 1. Def's PWC<br><br>2. Def's Motion to Join for Consideration (with 221P08 & 343P08) | 1. Denied<br>08/26/08<br><br>2. Allowed<br>08/26/08 |
| State v. Cox<br><br>Case below:<br>191 N.C. App. ——<br>(3 June 2008) | No. 320P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-1171) | Denied<br>08/26/08 |
| State v. Cruz<br><br>Case below:<br>181 N.C. App. 149 | No. 047P07-2 | Def-Appellant's PWC (COA06-259) | Denied<br>08/26/08<br><br>**Hudson, J., Recused** |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Drayton<br><br>Case below:<br>189 N.C. App. 531 | No. 207P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-943) | Denied<br>08/26/08 |
| State v. Forte<br><br>Case below:<br>190 N.C. App. 206 | No. 263P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-739) | Denied<br>08/26/08 |
| State v. Graham<br><br>Case below:<br>186 N.C. App. 182 | No. 536P07 | 1. Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-837)<br><br>2. Def-Appellant's NOA Based Upon a<br>Constitutional Question<br><br>3. State's Motion to Dismiss Appeal | 1.Denied<br>08/26/08<br><br>2. ——<br><br><br>3. Allowed<br>08/26/08 |
| State v. Hanton<br><br>Case below:<br>188 N.C. App. 167 | No. 054P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-313) | Denied<br>08/26/08 |
| State v. Hughes<br><br>Case below:<br>189 N.C. App. 531 | No. 211P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-1227) | Denied<br>08/26/08 |
| State v. Hunter<br><br>Case below:<br>184 N.C. App. 379 | No. 518P07 | Def's PWC to Review Decision of COA<br>(COA06-1203) | Denied<br>08/26/08 |
| State v. Ibarra<br><br>Case below:<br>189 N.C. App. 788 | No. 227P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-1236) | Denied<br>08/26/08 |
| State v. Larson<br><br>Case below:<br>189 N.C. App. 211 | No. 146P08 | 1. Def's NOA Based Upon a Constitutional<br>Question (COA07-472)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed<br>08/26/08<br><br>3. Denied<br>08/26/08 |
| State v. Lee<br><br>Case below:<br>189 N.C. App. 474 | No. 206P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-539) | Denied<br>08/26/08 |
| State v. McDuffie<br><br>Case below:<br>190 N.C. App. 207 | No. 262P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-1177) | Denied<br>08/26/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Melvin<br><br>Case below:<br>190 N.C. App. ——<br>(20 May 2008) | No. 281P08 | Def's "Petition for Writ of Discretionary Review" (COA07-1284) | Denied<br>08/26/08 |
| State v. Miller<br><br>Case below:<br>191 N.C. App. ——<br>(17 June 2008) | No. 309A08 | 1. State's Motion for Temporary Stay (COA07-1037)<br><br>2. State's Petition for Writ of Supersedeas<br><br>3. State's Notice of Appeal (Dissent) | 1. Allowed<br>07/03/08<br><br>2. Allowed<br>07/03/08<br><br>3. —— |
| State v. Mintz<br><br>Case below:<br>188 N.C. App. 167 | No. 080P08 | 1. Def's NOA Based Upon a Constitutional Question (COA07-167)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>08/26/08<br><br>3. Denied<br>08/26/08 |
| State v. Newman<br><br>Case below:<br>186 N.C. App. 382 | No. 561P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-1523) | Denied<br>08/26/08 |
| State v. Oglesby<br><br>Case below:<br>186 N.C. App. 681 | No. 683P05-2 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1534-2) | Denied<br>08/26/08 |
| State v. Page<br><br>Case below:<br>189 N.C. App. 532 | No. 210P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-699) | Denied<br>08/26/08 |
| State v. Purser<br><br>Case below:<br>Stanly County<br>Superior Court | No. 221P08 | 1. Def's PWC to Review Order of Stanly County Superior Court<br><br>2. Def's Motion to Join for Consideration (with 343P08 & 344P08) | 1. Denied<br>08/26/08<br><br>2. Allowed<br>08/26/08 |
| State v. Richardson<br><br>Case below:<br>Nash County<br>Superior Court | No. 232A95-4 | Def's PWC to Review Order of Nash County Superior Court | Denied<br>08/26/08 |
| State v. Rollins<br><br>Case below:<br>189 N.C. App. 248 | No. 138P08 | 1. State's Motion for Temporary Stay (COA07-380)<br><br>2. State's Petition for Writ of Supersedeas<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>04/01/08<br>362 N.C. 369<br><br>2. Allowed<br>08/26/08<br><br>3. Allowed<br>08/26/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Ross<br><br>Case below:<br>188 N.C. App. 167 | No. 056P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-358) | Denied<br>08/26/08 |
| State v. Rumph<br><br>Case below:<br>174 N.C. App. 367 | No. 304P08 | Def's PWC to Review Decision of COA<br>(COA05-281) | Dismissed<br>08/26/08 |
| State v. Smith<br><br>Case below:<br>188 N.C. App. 207 | No. 065P08 | 1. Def's NOA Based Upon a Constitutional Question (COA06-1631)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed<br>08/26/08<br><br>3. Denied<br>08/26/08 |
| State v. Smith<br><br>Case below:<br>187 N.C. App. 813 | No. 024P08 | Def-Appellant's PDR Under N.C.G.S.<br>§ 7A-31 (COA07-458) | Denied<br>08/26/08 |
| State v. Stuart<br><br>Case below:<br>185 N.C. App. 544 | No. 472P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-908) | Denied<br>08/26/08 |
| State v. Tante<br><br>Case below:<br>189 N.C. App. 212 | No. 148P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-457) | Denied<br>08/26/08 |
| State v. Taylor<br><br>Case below:<br>191 N.C. App. ——<br>(5 August 2008) | 388P08 | State's Motion for Temporary Stay<br>(COA07-391) | Allowed<br>08/25/08 |
| State v. Toler<br><br>Case below:<br>189 N.C. App. 212 | No. 157P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-337) | Denied<br>08/26/08 |
| State v. Upchurch<br><br>Case below:<br>189 N.C. App. 212 | No. 123P08 | 1. State's Motion for Temporary Stay (COA07-779)<br><br><br>2. State's Petition for Writ of Supersedeas<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>03/20/08<br>362 N.C. 371<br>Stay Dissolved<br>08/26/08<br><br>2. Denied<br>08/26/08<br><br>3. Denied<br>08/26/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Ventura<br><br>Case below:<br>Moore County<br>Superior Court | No. 343P08 | 1. Def's PWC<br><br>2. Def's Motion to Join for Consideration (with 221P08 & 344P08) | 1. Denied 08/26/08<br><br>2. Allowed 08/26/08 |
| State v. Ware<br><br>Case below:<br>188 N.C. App. 790 | No. 129P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-260) | Denied 08/26/08 |
| State v. Waters<br><br>Case below:<br>189 N.C. App. 789 | No. 232P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-557) | Denied 08/26/08 |
| State v. Williams<br><br>Case below:<br>190 N.C. App. ——<br>(6 May 2008) | No. 276P08 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA07-1057)<br><br>2. State's Motion to Deem Response Timely Filed | 1. Denied 08/26/08<br><br>2. Denied 08/26/08 |
| State v. Williams<br><br>Case below:<br>190 N.C. App. 173 | No. 235P08-2 | Def's "Motion for Petition for Discretionary Review" (COA07-1462) | Dismissed 08/26/08 |
| State v. Wright<br><br>Case below:<br>189 N.C. App. 346 | No. 145P08 | 1. State's Motion for Temporary Stay (COA07-611)<br><br>2. State's Petition for Writ of Supersedeas<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed 04/07/08 362 N.C. 372 Stay Dissolved 08/26/08<br><br>2. Denied 08/26/08<br><br>3. Denied 08/26/08 |
| State v. Young<br><br>Case below:<br>188 N.C. App. 848 | No. 096P08 | 1. Def's NOA Based Upon a Constitutional Question (COA07-234)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31<br><br>4. State's Conditional PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 08/26/08<br><br>3. Denied 08/26/08<br><br>4. Dismissed as Moot 08/26/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Sugar Creek Charter School, Inc., v. Charlotte-Mecklenburg Bd. of Educ.<br><br>Case below:<br>188 N.C. App. 454 | No. 116P08 | 1.  Defs' PDR Under N.C.G.S. § 7A-31 (COA07-207)<br><br>2.  Motion by Defs' Counsel to Withdraw<br><br>3.  Defs' Motion to Supplement PDR (Lack of Subject Matter Jurisdiction) | 1. Denied 08/26/08<br><br>2. Allowed 08/26/08<br><br>3. Denied 08/26/08 |
| Teague v. N.C. Dep't of Transp.<br><br>Case below:<br>177 N.C. App. 215 | No. 281P06-6 | 1.  Plt-Appellant's Motion for Temporary Stay (COA05-522)<br><br>2.  Plt-Appellant's PWC Based on Additional Issues | 1. Denied 07/22/08<br><br>2.<br><br>**Edmunds, J., Recused** |
| Wake Cares, Inc. v. Wake Cty. Bd. of Educ.<br><br>Case below:<br>190 N.C. App. 1 | No. 230P08 | 1.  Plts' Motion for Temporary Stay (COA07-810)<br><br>2.  Plts' Petition for Writ of Supersedeas<br><br>3.  Plts' NOA Based Upon a Constitutional Question<br><br>4.  Defs' Motion to Dismiss Appeal<br><br>5.  Plts' Alternative PDR Under N.C.G.S. § 7A-31<br><br>6.  Defs' Motion to Dissolve Temporary Stay<br><br>7.  Defs' Motion to Deny Petition for Writ of Supersedeas | 1. Allowed 05/22/08 362 N.C. 373<br><br>2. Allowed 08/26/08<br><br>3. ——<br><br>4. Allowed 08/26/08<br><br>5. Allowed 08/26/08<br><br>6. Dismissed as Moot 08/26/08<br><br>7. Dismissed as Moot 08/26/08<br><br>**Martin, J., Recused** |
| Ward v. Jett Properties, LLC<br><br>Case below:<br>190 N.C. App. 208 | No. 268P08 | Plt's PDR Under N.C.G.S. § 7A-31 (COA07-1448) | Denied 08/26/08 |
| Yadkin Valley Bank & Tr. Co. v. AF Fin. Grp.<br><br>Case below:<br>190 N.C. App. 208 | No. 279P08 | Plt's PDR Under N.C.G.S. § 7A-31 (COA07-240 & 07-417) | Denied 08/26/08 |